**No. 58758.**—Ford Motor Company v. United States, petition 7142–R (Detroit).

Opinion by MOLLISON, J. From the record, it appeared that the difference between the entered and appraised values represented the cost of certain pattern equipment manufactured in the United States and used in connection with the production in Canada of the rough iron castings in question. Prior to entry, the matter was taken up by representatives of the importer and a full disclosure of all pertinent facts was made at that time. There being a difference of opinion between the parties, the merchandise was entered at values which did not include the said cost of the patterns, and appraisement was made at values including it. The matter was made the subject of litigation, and final decision was adverse to the contention of the importer. On the record presented, it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 58759.**—D. C. Andrews & Company, Inc. v. United States, protest 233734–K (New York).

Opinion by WILSON, J. The protest was dismissed for failure to prosecute.

BEFORE THE SECOND DIVISION, FEBRUARY 10, 1955

**No. 58760.**—John S. Connor v. United States, protest 218708–K (Baltimore).

Opinion by LAWRENCE, J. From an examination of the papers in this case, the court was unable to find anything to overcome the presumption of correctness attaching to the collector's classification. The protest was therefore overruled.